*Edwin C. Brandenburg* for petitioner. *Mr. Meriwether L. Crawford* for respondent.

---

No. 694. EUCLID PARK NATIONAL BANK OF CLEVELAND, OHIO, ET AL., PETITIONERS, *v.* UNION TRUST AND DEPOSIT COMPANY, TRUSTEE. April 15, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Charles D. Merrick* for petitioners. *Mr. B. M. Ambler* for respondent.

---

No. 679. WILLIAM BEATTIE & SON, PETITIONER, *v.* UNITED SHIRT AND COLLAR COMPANY ET AL. April 29, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. George A. Mosher* and *Mr. Frank S. Black* for petitioner. *Mr. Livingston Gifford* and *Mr. Hillary C. Messimer* for respondents.

---

No. 705. WEBSTER COAL AND COKE COMPANY, PETITIONER, *v.* A. J. CASSATT ET AL; and No. 706. PENNSYLVANIA COAL AND COKE COMPANY, PETITIONER, *v.* A. J. CASSATT ET AL. April 29, 1907. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *Mr. John W. Griggs* and *Mr. George S. Graham* for petitioners. *Mr. John G. Johnson* for respondents.

---

No. 708. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, PETITIONER, *v.* CATHERINE McGRATH. April 29, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. J. H. McGowan* for petitioner. *Mr. Holmes Conrad* for respondent.